**SO ORDERED.**

Dated: April 21, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

---

Kevin Hahn, #024277
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Kevin@mclaw.org

Attorneys for Movant
HSBC MORTGAGE CORPORATION,
and its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>RANDOLPH THOMAS SIMONS and DEBORAH ANN SIMONS,<br><br>　　　　　Debtors,<br><br>HSBC MORTGAGE CORPORATION, and its successors and/or assignees,<br><br>　　　　　Movant,<br><br>vs.<br><br>RANDOLPH THOMAS SIMONS and DEBORAH ANN SIMONS, Debtors, and DAVID A. BIRDSELL, Trustee,<br><br>　　　　　Respondents. | Chapter 7<br><br>Case No. 2:10-bk-06058-CGC<br><br>**ORDER LIFTING STAY**<br>**[Re: 11333 N. 92ND STREET UNIT 2083, SCOTTSDALE, AZ 85260]** |

　　　　Movant's Motion for Relief From the Automatic Stay having been properly noticed and no objections thereto having been filed,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay as to Movant is terminated with reference to real property generally described as 11333 N. 92ND STREET UNIT 2083, SCOTTSDALE, AZ 85260 ("Property" herein) and legally described as follows:

*UNIT 2083, MISSION DE LOS ARROYOS CONDOMINIUMS, ACCORDING TO*

*DECLARATION OF CONDOMINIUM RECORDED IN INSTRUMENT NO. 93-*

*011305, AND, ACCORDING TO BOOK 338 OF MAPS, PAGE 20; AND AFFIDAVIT OF CORRECTION RECORDED IN INSTRUMENT 92-431316; AND INSTRUMENT NO. 92-730556; AND INSTRUMENT NO. 97-0047754, RECORDS OF MARICOPA COUNTY, ARIZONA; TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS SET FORTH IN SAID DECLARATIONS AND PLAT.*

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall survive any subsequent conversion by the Debtors to another Chapter of the Bankruptcy Code.

DATED:

UNITED STATES BANKRUPTCY JUDGE